**Order entered December 22, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01262-CR

## LUIS CASTILLO-CORONADO, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F17-71315-R

## ORDER

Based on the Court's opinion of this date, we **ORDER** the Dallas County District Clerk to delete the $250 DNA fee assessed in appellant's "Cost Bill." *See In re Daniel*, 396 S.W.3d 545, 549 (Tex. Crim. App. 2013) (ordering county district clerk to delete inappropriate assessment of costs).

/s/     DAVID EVANS
        JUSTICE